UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHASE OSBORNE, on behalf of himself and others similarly situated,<br><br>    Plaintiff(s),<br>v.<br><br>CHOI'S SPORTS TIME, LLC D/B/A SPORTSTIME BAR & GRILLE, and CLAUDIA CHOI, Individually,<br><br>    Defendants. | Case No:  1:17-cv-00657-TWT |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, CHASE OSBORNE, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter.  To that end, the Parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next thirty (30) days.

DATED this 22nd  day of August, 2017.

/s/ ANDREW R. FRISCH
Andrew R. Frisch
GA Bar No.:  27777
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Ste. 400
Plantation, FL 33324
T: 954-WORKERS; F: 954-327-3017
E-mail: afrisch@forthepeople.com
*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22nd, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ ANDREW R. FRISCH**
Andrew R. Frisch
