IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHASE OSBORNE, on behalf of himself and others similarly situated<br><br>Plaintiff(s)<br><br>v.<br><br>CHOI'S SPORTS TIME, LLC d/b/a SPORTSTIME BAR & GRILLE and CLAUDIA CHOI, individually<br><br>Defendant(s) | CIVIL ACTION NO.<br>1:17cv657-TWT |

O R D E R

The parties having announced that the above case is settled, the Court directs the Clerk to administratively close the case. The parties shall execute the settlement documents and file the appropriate dismissal documents no later than September 29, 2017.

SO ORDERED, this 23rd day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE